UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                              Criminal No. 06-cr-147-01-JD

<u>Geovanny Tapia</u>


<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 17) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                              <u>/s/ Joseph A. DiClerico, Jr.</u>
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date:  February 15, 2007


cc:  Richard Foley, Esq.
     Terry Ollila, Esq.
     U.S. Marshal
     U.S. Probation