UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                           Criminal No. 06-cr-147-01-JD

<u>Geovanny Tapia</u>

O R D E R

The assented to motion to reschedule jury trial (document no. 19) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

<u>/s/ Joseph A. DiClerico, Jr.</u>
Joseph A. DiClerico, Jr.
United States District Judge

Date:  May 3, 2007

cc:  Richard Foley, Esq.
     Henry Brennan, Jr., Esq.
     Terry Ollila, Esq.
     U.S. Marshal
     U.S. Probation